UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No.

APPROXIMATELY $115,000.00 IN UNITED
STATES CURRENCY FROM BMO HARRIS
BANK ACCOUNT ENDING IN 0338,

    Defendant.

---

## WARRANT FOR ARREST IN REM

---

    To:     THE UNITED STATES MARSHAL
                 Eastern District of Wisconsin

    WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 10th day of March, 2023, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 18, United States Code, Section 981(a)(1)(C), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

    YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $115,000.00 in United States currency from BMO Harris Bank account ending in 0338, which was seized on or about February 3, 2023, in Milwaukee Wisconsin, Wisconsin, and which is presently in the custody of the United States Marshal Service in

Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this _____ day of March, 2023, at Milwaukee, Wisconsin.

                                 GINA COLLETTI
                                 Clerk of Court

                 By: _____
                         Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____